Patrick R. Leverty, Esq.
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff Movants Michael Bestwick and Mark Hawkins*

(*additional counsel on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GLEN HARTSOCK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., and RAJESH C. SHROTRIYA,<br><br>Defendants. | Case No. 16-cv-02279-RFB-GWF<br><br>Hon. Richard F. Boulware II<br><br>STIPULATION AND [PROPOSED] ORDER |
| OLUTAYO AYENI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., RAJESH C. SHROTRIYA, KURT A. GUSTAFSON, JOSEPH TURGEON, and LEE ALLEN,<br><br>Defendants. | Case No. 2:16-cv-02649-KJD-VCF |

WHEREAS, on September 21, 2016, the action *Olutayo Ayeni v. Spectrum Pharmaceuticals, Inc., et al.,* Docket No. 16-cv-07074 (C.D.Cal. Sep, 21, 2016) was commenced in the U.S. District Court for the Central District of California ("Ayeni Action");

WHEREAS, on September 28, 2016, the related action styled as *Hartsock v. Spectrum Pharmaceuticals, Inc. et al.*, Docket No. 2:16-cv-02279 (D. Nev. Sept 28, 2016) (the "Hartsock Action") was filed in this Court, currently pending before Judge Richard F. Boulware, II;

WHEREAS, on November 15, 2016, U.S. District Judge Dale S. Fischer ordered the transfer of the Ayeni Action to this court and the Ayeni Action is now pending before Judge Kent J. Dawson;

WHEREAS, the complaints in both the Ayeni Action and Hartsock Action assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a putative class which are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides for a specific process for the appointment of lead plaintiff and lead counsel to represent the putative class;

WHEREAS, Lead Plaintiff and Lead Counsel have not yet been appointed pursuant to Section 21D(a) of the Exchange Act;

WHEREAS, on November 21, 2016, Movant Anchorage Police & Fire Retirement System and Movants Michael Bestwick and Mark Hawkins filed two competing motions to Consolidate Related Actions, Appoint Lead Plaintiffs and Approve Counsel in the Hartsock Action; and

WHEREAS, on January 10, 2017, the Court filed a Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure in the Hartsock Action;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. The undersigned counsel for Defendants is authorized to accept service of the complaint in the Hartsock Action on behalf of Defendants, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments in this matter or any other matters, except as to sufficiency of service of process;

2. No Defendant named in the complaint in the Hartsock Action shall be required to answer or otherwise respond to the complaint;

3. Within seven (7) days after the appointment of Lead Plaintiff and Lead Counsel and the consolidation of the Ayeni Action and Hartsock Action, Lead Counsel and counsel for Defendants shall file a joint or separate proposed schedule(s) for the filing of (i) a consolidated amended complaint, and (ii) the answer or briefing of a motion to dismiss.

IT IS SO STIPULATED.

Dated: January 27, 2017         **LEVERTY & ASSOCIATES LAW CHTD.**

/s/Patrick R. Leverty
Patrick R. Leverty, Esq. (Nevada Bar No. 8840)
Reno Gould House
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff Movants Michael Bestwick and Mark Hawkins*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice* to be filed)
Phillip Kim, Esq. (*pro hac vice* to be filed)
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice* to be filed)
Shimon Yiftach (*pro hac vice* to be filed)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

Email: shimony@bgandg.com

*[Proposed] Co-Lead Counsel for Counsel for Lead Plaintiff Movants Michael Bestwick and Mark Hawkins*

Dated: January 27, 2017        **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**

/s/Griffith H. Hayes
Griffith H. Hayes (Nevada Bar No. 7374)
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 879-9175
Email: ghayes@cookseylaw.com

*[Proposed] Local Counsel for Lead Plaintiff Movant Anchorage Police & Fire Retirement System*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar *(pro hac vice* to be filed)
Cynthia Hanawalt *(pro hac vice* to be filed)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
chanawalt@bfalaw.com

*[Proposed] Counsel for Lead Plaintiff Movant Anchorage Police & Fire Retirement System and Proposed Lead Counsel*

Dated: January 27, 2017        **LAW OFFICE OF TELIA U. WILLIAMS**

/s/Telia U. Williams
Telia U. Williams, Esq.
Nevada Bar No. 9359
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 835-6866
Fax: (702) 363-8851
Email: telia@telialaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block, Esq.
Joel A. Fleming, Esq.

|   |   |   |
|---|---|---|
| 1 |   | 155 Federal Street, Suite 400 |
| 2 |   | Boston, Massachusetts 02110 |
|   |   | Tel: (617) 398-5600 |
| 3 |   | Fax: (617) 507-6020 |
|   |   | Email: jeff@blockesq.com |
| 4 |   | Email: joel@blockesq.com |
| 5 |   | *Counsel for Plaintiff Glen Hartsock* |

Dated: January 27, 2017          **LATHAM & WATKINS LLP**

/s/Colleen C. Smith
Colleen C. Smith

Michele D. Johnson (*pro hac vice* to be filed)
Sarah E. Diamond (*pro hac vice* to be filed)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Email: michele.johnson@lw.com
          sarah.diamond@lw.com

Colleen C. Smith (*pro hac vice* to be filed)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-8400
Email: colleen.smith@lw.com

Anna E. Berces (*pro hac vice* to be filed)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Email: anna.berces@lw.com

Jeffery A. Bendavid (Nevada Bar No. 6220)
**MORAN BRANDON BENDAVID MORAN**
630 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 384-8424
Email: j.bendavid@moranlawfirm.com

*Counsel for Spectrum Pharmaceuticals, Inc., Rajesh C. Shrotriya, Kurt A. Gustafson, Joseph Turgeon, and Lee Allen*

SO ORDERED this __31st__ day of January, 2017

_____
Honorable Richard F. Boulware II
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2017, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/William R. Ginn
William R. Ginn