**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re Spectrum Pharmaceuticals, Inc. Securities Litigation:<br><br>This Document Relates To: All Actions | Master File No. 2:16-cv-02279-RFB-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND DISCOVERY SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**(First Request)** |

WHEREAS, on January 25, 2019, Plaintiffs filed their Motion for Class Certification Pursuant to Federal Rule of Civil Procedure 23 (ECF No. 103) ("Motion for Class Certification"); and

WHEREAS, Defendants' current response date is on February 8, 2019; and

WHEREAS, to determine whether they oppose class certification, Defendants must receive documents from and depose both Lead Plaintiffs; and

WHEREAS, Plaintiffs appended to and based their Motion for Class Certification, in part, on the expert Declaration of Dr. Adam Werner, opining on the market efficiency for Spectrum stock and whether the finder of fact will be able to measure damages by means of a common methodology, calculating them on a class-wide basis for all Class members. This may require Defendants to depose Dr. Werner and to determine whether to include an opposition expert report in support of their opposition to Plaintiffs' Motion for Class Certification; and

WHEREAS, counsel for Plaintiffs and Defendants have conferred regarding an extended briefing schedule for Plaintiffs' Motion for Class Certification; and

WHEREAS, this is the first stipulation requesting to extend the time to file an opposition to the Motion for Class Certification (ECF No. 103);

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. Defendants shall have until March 29, 2019 to conduct all discovery necessary to determine whether (a) they intend to oppose class certification or (b) to stipulate to class certification;

2. Defendants shall either file a brief in opposition to Plaintiffs' Motion for Class Certification or stipulate to class certification no later than March 29, 2019;

3. If Defendants oppose Plaintiffs' Motion for Class Certification, then Plaintiffs shall file a reply brief in further support of their Motion on or before April 12, 2019;

4. If Defendants oppose Plaintiffs' Motion for Class Certification and submit an expert report(s) in support of their opposition, then the parties shall agree on a deposition date(s) for Defendants' expert(s) during April, 2019. Plaintiffs shall file their reply brief in further support of their Motion for Class Certification no later than fourteen (14) days after they depose the last of Defendants' experts. In this circumstance, pursuant to LR IA 7-1(b), the Parties will file on the ECF a Notice, informing the Court of the reply brief deadline.

IT IS SO STIPULATED.

Dated: February 5, 2019

| PETERSON BAKER, PLLC | LEVERTY & ASSOCIATES LAW CHTD. |
|---|---|
| /s/ *Tamara Beatty Peterson* | |
| Tamara Beatty Peterson, Esq. | /s/ *Patrick R. Leverty* |
| Nevada Bar No. 5218 | Patrick R. Leverty (Nevada Bar No. 8840) |
| BENJAMIN K. REITZ, ESQ. | William Ginn |
| Nevada Bar No. 13233 | Reno Gould House |
| 10001 Park Run Drive | 832 Willow Street |
| Las Vegas, NV 89145 | Reno, Nevada 89502 |
| Telephone: (702) 786-1001 | Telephone: (775) 322-6636 |
| Facsimile: (702) 786-1002 | Facsimile: (775) 322-3953 |
| Email: tpeterson@petersonbaker.com | Email: pat@levertylaw.com |
| | |
| PAUL HASTINGS LLP | *Liaison Counsel for Lead Plaintiffs Michael Bestwick and Mark Hawkins* |
| Christopher H. Mcgrath | |
| (Admitted Pro Hac Vice) | |
| Raymond W. Stockstill | THE ROSEN LAW FIRM, P.A. |
| (Admitted Pro Hac Vice) | Jacob A. Goldberg (*pro hac vice*) |
| 695 Town Center Drive, 17th Floor | Leah Heifetz-Li |
| Costa Mesa, CA 92626 | 101 Greenwood Avenue, Suite 440 |
| Telephone: (714) 668-6200 | Jenkintown, PA 19046 |
| Facsimile: (714) 979-1921 | Telephone: (215) 600-2817 |
| Email: chrismcgrath@paulhastings.com | Facsimile: (212) 202-3827 |
| beaustockstill@paulhastings.com | Email: jgoldberg@rosenlegal.com |
| | Email: lheifetz@rosenlegal.com |

| | |
|---|---|
| *Attorneys for Defendants*<br>*Spectrum Pharmaceuticals, Inc., Joseph W.*<br>*Turgeon and Lee F. Allen*<br><br>**SNELL & WILMER, L.L.P.**<br><br>/s/ *Patrick G. Byrne*<br>Patrick G. Byrne, Esq.<br>Nevada Bar No. 7636<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: pbyrne@swlaw.com<br>baustin@swlaw.com<br><br>**FENWICK & WEST LLP**<br>Kevin P. Muck, Esq.<br>(Admitted Pro Hac Vice)<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>Email: kmuck@fenwick.com<br><br>and<br><br>Jay L. Pomerantz, Esq.<br>(Admitted Pro Hac Vice)<br>Alison C. Epstein, Esq.<br>(Admitted Pro Hac Vice)<br>801 California Street<br>Mountain View, CA 94101<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br>Email: jpomerantz@fenwick.com<br>      aepstein@fenwick.com<br><br>*Attorneys for Defendant Dr. Rajesh Shrotriya* | **BRONSTEIN, GEWIRTZ &**<br>**GROSSMAN, LLC**<br>Peretz Bronstein<br>Shimon Yiftach<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Tel: (212) 697-6484<br>Fax: (212) 697-7296<br>Email: peretz@bgandg.com<br><br>*Co-Lead Counsel for Lead Plaintiffs Michael*<br>*Bestwick and Mark Hawkins* |

SO ORDERED this __11th__ day of February, 2019

_____
RICHARD F. BOULWARE, II
United States District Judge