Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re Spectrum Pharmaceuticals, Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 2:16-cv-02279-RFB-EJY |

**NOTICE OF REQUEST FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully file this Notice, concerning Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed on December 27, 2019 (ECF Nos. 143-145).

Before Plaintiffs engage in a notice program, administer the settlement, and seek and obtain final approval of the settlement and payment of contingent fees and expenses, they seek preliminary certification of the Settlement Class, approval of the Notice program, appointment of the claims administrator, preliminary approval of the settlement, and a date for a final approval hearing. If the Court wishes to hear oral argument on the preliminary approval motion, then Plaintiffs respectfully request that it schedule a hearing in January 2020 so that they may notify the Class and schedule the final approval hearing sometime in May 2020. If not, then Plaintiffs' look forward to the Court's granting the Unopposed Motion for Preliminary Approval and scheduling a final approval hearing.

Whether the Court chooses to schedule a preliminary approval hearing or to rule on the motion on the papers, Plaintiffs stand ready to answer any questions that the Court may have.

Dated: December 30, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/Jacob A. Goldberg*
Jacob A. Goldberg (*pro hac vice*)
Leah Heifetz-Li (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19012
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email:   jgoldberg@rosenlegal.com
         lheifetz@rosenlegal.com

1

NOTICE OF REQUEST FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

**BRONSTEIN GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Shimon Yiftach
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email:   peretz@bgandg.com
            shimony@bgandg.com

*Lead Counsel for Plaintiffs*

**LEVERTY & ASSOCIATES LAW CHTD**
Patrick R. Leverty (Nev. Bar. No. 8840)
William Ginn
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email:   pat@levertylaw.com

*Local Counsel for Plaintiffs*

NOTICE OF REQUEST FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, I electronically filed the foregoing **NOTICE OF REQUEST FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/Jacob A. Goldberg
Jacob A. Goldberg