**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE SPECTRUM PHARMACEUTICALS, INC. SECURITIES LITIGATION | Case No. 2:16-cv-02279-RFB-EJY |

**ORDER GRANTING PLAINTIFFS'**
**UNOPPOSED MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,**
**AND AWARD TO PLAINTIFFS**

1

On the 28th day of July, 2020 a hearing having been held before this Court to determine whether and in what amount to award Lead Counsel as fees and reimbursement of expenses and whether and in what amount to award Class Representatives for their participation in this Action; and

The Court having considered all matters submitted to it at the hearing and otherwise,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Class Counsel are hereby awarded 28.5 % of the Settlement Amount in fees, which the Court finds to be fair and reasonable, and $150,223.39 for the reimbursement of their expenses and costs. Defendants shall have no responsibility for any allocations of attorneys' fees and expenses and shall have no liability to Class Counsel or any other person in connection with the allocation of attorneys' fees and expenses.

2. Class Representatives are each hereby awarded $5000, which the Court finds to be fair and reasonable.

3. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Class Representatives shall be paid in the manner and procedure provided in the Settlement Stipulation.

Dated: August 12, 2020

_____
**HON. RICHARD F. BOULWARE**
**UNITED STATES DISTRICT JUDGE**

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS