AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

IN RE SPECTRUM PHARMACEUTICALS
INC, SECURITIES LITIGATION

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-02279-RFB-EJY

| | | |
|---|---|---|
| ☐ | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| ☒ | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |
| ☐ | **Decision by Court.** | This action came for consideration before the Court. The issues have been considered and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Class Counsel are hereby awarded 28.5 % of the Settlement Amount in fees, which the Court finds to be fair and reasonable, and $150,223.39 for the reimbursement of their expenses and costs. Defendants shall have no responsibility for any allocations of attorneys' fees and expenses and shall have no liability to Class Counsel or any other person in connection with the allocation of attorneys' fees and expenses.
Class Representatives are each hereby awarded $5000, which the Court finds to be
fair and reasonable.
Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Class Representatives shall be paid in the manner and procedure provided in the Settlement Stipulation.

8/14/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk