**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Master File No. 2:16-cv-02279-RFB-EJY

In Re Spectrum Pharmaceuticals, Inc. Securities Litigation

_____

This Document Relates To: All Actions

_____

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

IT IS HEREBY ORDERED THAT:

1.      Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds is GRANTED.

2.      The funds that are currently in the Net Settlement Fund[1] (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants, identified in Exhibits B-1 and B-2 to the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process ("Bravata Declaration"). The funds shall be distributed pursuant to the Stipulation and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Proposed Settlement of Class Action.

3.      Any person asserting claims filed after July 8, 2020 or any responses to rejected claims after December 15, 2020, the dates used to finalize the administration by Strategic Claims

_____

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation and Agreement of Settlement ("Stipulation") filed with the Court on December 27, 2019. (Dkt. No. 145-1).

1   Services ("SCS"), the Court-appointed Claims Administrator, are finally and forever barred from
2   asserting such claims.

3       4.      The Court finds that the administration of the Settlement and proposed distribution

4   of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation,

5   and that all persons involved in the review, verification, calculation, tabulation, or any other aspect

6   of the processing of the claims submitted herein, or otherwise involved in the administration or

7   taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Lead

8   Counsel and SCS) are released and discharged from any and all claims arising out of such

9   involvement, and all Class Members are barred from making any further claims against the Net

10  Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this

11  Order.

12

13      5.      The checks for distribution to Authorized Claimants shall bear the notation "CASH

14  PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE

15  DATE." Lead Counsel and SCS are authorized to locate and/or contact any Authorized Claimant

16  who has not cashed his, her, or its check within said time.

17

18      6.      Pursuant to Section ¶67 of the Stipulation, "If there is any balance remaining in the

19  Net Settlement Fund (whether by reason of tax refunds, uncashed checks or otherwise) after at

20  least six (6) months from the date of initial distribution of the Net Settlement Fund, Lead Counsel

21  shall, if feasible and economical, redistribute such balance among Authorized Claimants who have

22  cashed their checks in an equitable and economic fashion. Any balance that still remains in the

23  Net Settlement Fund after re-distribution(s), which is not feasible or economical to reallocate, after

24  payment of Notice and Administration Expenses, Taxes, and attorneys' fees and expenses, shall

25  be contributed to non- sectarian, not-for profit charitable organization(s) serving the public

26  interest, designated by Lead Plaintiffs and approved by the Court." Lead Plaintiffs' designation of

27

28

the Southern Nevada Senior Law Program and the Legal Aid Center of Southern Nevada each to receive half of the balance, if any, is approved.

7.    SCS is hereby ordered to discard paper or hard copies of Proofs of Claims and supporting documents not less than one (1) year after all distributions of the Net Settlement Fund to the eligible claimants, and electronic copies of the same not less than three (3) years after all distributions of the Net Settlement Fund to the eligible claimants.

8.    This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

Dated:  ___February 8___, 202_1_    _____

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE